1  STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
SAMANTHA BENNETT (NYBN 5132063)

5  Assistant United States Attorneys

6      1301 Clay Street, Suite 340S
       Oakland, California 94612

7      Telephone: (510) 637-3680
       FAX: (510) 637-3724

8      Jonathan.Lee@usdoj.gov
       Samantha.Bennett@usdoj.gov

9

10  Attorneys for United States of America

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                        OAKLAND DIVISION

14  UNITED STATES OF AMERICA,           )  NO. CR 22-00003-01 JSW
                                        )
15          Plaintiff,                  )  JOINT STATUS REPORT AND STIPULATION TO
                                        )  CONTINUE HEARING AND EXCLUDE TIME
16      v.                              )  FROM FEBRUARY 22, 2022, TO APRIL 19, 2022
                                        )  AND [PROPOSED] ORDER
17  STACCATO POWELL,                    )
                                        )
18          Defendant.                  )
    _____)

19

20          The above-captioned matter is currently scheduled for an initial status conference before the

21  Court via teleconference line on February 22, 2022.  The parties now request that the status conference

22  be continued to April 19, 2022, at 12:00 p.m.

23          The defendant appeared before the magistrate court in this district for the first time on February

24  2, 2022.  The government and defense counsel have agreed on the terms of a stipulated protective order,

25  and the government will be producing an initial batch of discovery within the next week.  Discovery in

26  this matter is voluminous, and the government expects that several additional batches will be produced.

27  Defense counsel will need time to review the produced materials and to confer with his client.  The

28

JOINT STATUS REPORT
Case No. CR 22-00003-01 JSW                    1

1  parties have had initial discussions and will continue to confer regarding the case.  The parties therefore

2  request that the status hearing be continued to April 19, 2022, to allow defense counsel sufficient time to

3  review the forthcoming discovery materials and to confer with the defendant.

4      The defendant agrees that the April 19, 2022, status hearing and further status conferences may

5  be held via teleconference line, and the defendant agrees to waive his personal appearance at this

6  hearing.

7      It is further stipulated by and between counsel for the United States and counsel for the

8  defendant that time be excluded under the Speedy Trial Act from February 22, 2022, through April 19,

9  2022.  The parties stipulate and agree that excluding time until April 19, 2022, will allow for the

10  effective preparation and continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further

11  stipulate and agree that the ends of justice served by excluding the time from February 22, 2022, through

12  April 19, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public

13  and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

14      The undersigned Assistant United States Attorneys certify that they have obtained approval from

15  counsel for the defendant to file this joint status report and proposed order.

16

17      IT IS SO STIPULATED.

18  DATED: February 11, 2022                     /s/

19                                            JONATHAN U. LEE
SAMANTHA BENNETT
Assistant United States Attorney

20

21  DATED: February 11, 2022                     /s/

22                                            JOHN PAUL REICHMUTH
Counsel for Defendant Staccato Powell

23

24

25

26

27

28

1

## [~~PROPOSED~~] ORDER

2      Based upon the facts set forth in the stipulation of the parties and the representations made to the

3 Court, and for good cause shown, the Court hereby CONTINUES the status hearing currently scheduled

4 for February 22, 2022, to April 19, 2022 at 12:00 p.m.  The status hearing will be held by teleconference

5 line, and the parties are ordered to submit a joint status report no later than April 12, 2022.

6      The Court further finds that failing to exclude the time from February 22, 2022, through April

7 19, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for

8 effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

9 The Court further finds that the ends of justice served by excluding the time from February 22, 2022, to

10 April 19, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public

11 and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY

12 ORDERED that the time from February 22, 2022, through April 19, 2022, shall be excluded from

13 computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

14      IT IS SO ORDERED.

15

16 DATED: __February 16, 2022__

17 HON. JEFFREY S. WHITE
United States District Judge

18

19

20

21

22

23

24

25

26

27

28