**FAEGRE DRINKER BIDDLE & REATH LLP**
BRITTANY M. FISHER (Bar No. 349898)
*brittany.fisher@faegredrinker.com*
ALYSSA S. WOLF (Bar No. 337162)
*alyssa.wolf@faegredrinker.com*
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

**FAEGRE DRINKER BIDDLE & REATH LLP**
CHARLES S. LEEPER
*charles.leeper@faegredrinker.com*
1500 K St., N.W., Suite 1100
Washington, D.C.  20005-1209
Telephone:  (202) 842-8800
Facsimile:  (202) 842-8465

Attorneys for Non-Party
AFRICAN METHODIST EPISCOPAL ZION CHURCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>STACCATO POWELL,<br><br>                    Defendant. | Case No. 4:22-CR 00003 JSW<br><br>Hon. Jeffrey S. White<br>Courtroom 5<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF ATTORNEY FOR NON-PARTY AFRICAN METHODIST EPISCOPAL ZION CHURCH** |

1   **TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2   **PLEASE TAKE NOTICE** that as of April 1, 2025, Brittany M. Fisher will no longer be with the

3   firm of Faegre Drinker Biddle & Reath LLP, and hereby withdraws as counsel of record for Non-

4   Party African Methodist Episcopal Zion Church ("AME Zion Church") in the above-captioned

5   action.

6   Alyssa S. Wolf of Faegre Drinker Biddle & Reath, LLP entered her appearance as counsel

7   for AME Zion Church on March 24, 2025 (Dkt. 176).

8   The withdrawal of Ms. Fisher will not cause any prejudice to AME Zion Church as

9   Ms. Wolf has replaced Ms. Fisher in this matter.

10   The Clerk of the Court and all parties are respectfully requested to remove Ms. Fisher from

11   their service lists in this matter.

12

13   Dated: March 28, 2025                    **FAEGRE DRINKER BIDDLE & REATH LLP**

14

15                                           By:/*s/ Brittany M. Fisher*
                                                 BRITTANY M. FISHER
16                                               CHARLES S. LEEPER
                                                 ALYSSA S. WOLF
17
                                             Attorneys for Non-Party
18                                           AFRICAN METHODIST EPISCOPAL ZION
                                             CHURCH
19

20

21

22

23

24

25

26

27

28